IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REDDICK MANAGEMENT CORP., and KEVIN REDDICK, Individually and in his Official Capacity as Owner of Reddick Management Corp.;<br><br>                              Plaintiffs,<br><br>        v.<br><br>CITY OF OMAHA, NEBRASKA, PAUL KRATZ, in his Official Capacity; MICHELLE PETERS, in her Individual and Official Capacities; and BROOK BENCH, in his Individual and Official Capacities;<br><br>                              Defendants. | **8:16CV99**<br><br><br>**ORDER** |

This matter is before the court on the parties' joint motion to dismiss all of the plaintiffs' complaint against Paul Kratz, in his official capacity, Michelle Peters, in her individual and official capacities and Brook Bench, in his individual and official capacities, such dismissal to be with prejudice, each party to bear its respective costs. Filing No. 50.  The court will grant the joint motion to dismiss.  The defendants' motion to dismiss, Filing No. 47 will be denied as moot.

THEREFORE, IT IS ORDERED THAT:

1.     The joint motion to dismiss all of the plaintiffs' complaint against Paul Kratz, in his official capacity, Michelle Peters, in her individual and official capacities and Brook Bench, in his individual and official capacities, Filing No. 50, is granted with prejudice, each party to bear its respective costs.

2.      The defendants' motion to dismiss, Filing No. 47 is denied as moot.

Dated this 6th day of February, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge