IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REDDICK MANAGEMENT CORP., and KEVIN REDDICK, Individually and in his Official Capacity as Owner of Reddick Management Corp.;<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF OMAHA, NEBRASKA,<br><br>　　　　Defendant. | 8:16CV99<br><br>ORDER TO SHOW CAUSE |

　　　　The Court's records show the Office of the Clerk of Court sent a notice on May 15, 2017 (Filing No. 60), to Matthew D. Campbell by electronic filing. The notice directed the attorney to pay the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days. As of the close of business on July 13, 2017 , the attorney had not complied with the request set forth in the notice from the Office of the Clerk.

　　　　**IT IS ORDERED:**

　　　　**On or before July 27, 2017,** attorney Matthew D. Campbell, shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in the Court removing Matthew D. Campbell as counsel of record for the Plaintiff.

　　　　Dated this 14th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge