IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REDDICK MANAGEMENT CORP. dba HUSKER TREE & LANDSCAPING; KEVIN REDDICK, Individually and in his Official Capacity as Owner of REDDICK MANAGEMENT CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OMAHA, NEBRASKA, <br><br> Defendant. | Case No. 8:16-CV-99 <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

This matter comes before the Court upon the parties' Joint Motion to Dismiss With Prejudice requesting an Order from the Court dismissing the above-captioned action, with prejudice, and ordering each party to pay their own costs and attorney fees. The Court being fully advised in the premises finds that such an Order should be granted.

IT IS THEREFORE ORDERED that this matter should be, and the same hereby is, dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated this 16th day of May, 2018.

                                                          BY THE COURT:

                                                          s/ Joseph F. Bataillon
                                                          Senior United States District Judge

Prepared by:

Mathew T. Watson, #23468
McGill, Gotsdiner, Workman & Lepp,
P.C., L.L.O.
11404 West Dodge Road, Suite 500
Omaha, NE  68154-2584
402-492-9200
402-492-9222 (Facsimile)
mathewwatson@mgwl.com
ATTORNEYS FOR DEFENDANT

Approved as to form and submitted by:

Justin T. Wayne, #23310
Law Office of Justin T. Wayne, LLC
P.O. Box 265
Omaha, NE 68101
402-933-6603
justin@justinwaynelaw.com
ATTORNEY FOR PLAINTIFFS