IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REDDICK MANAGEMENT CORP., and KEVIN REDDICK, Individually and in his Official Capacity as Owner of Reddick Management Corp.;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OMAHA, NEBRASKA<br><br>Defendant. | Case No. 8:16CV99<br><br>**ORDER TO DESTROY** |

Counsel for the defendant notified the court on June 14, 2018 that the following exhibit held by the court in this matter can be destroyed.

Defendant's Exhibit from motion hearing held on 3/23/2016

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: June 14, 2018

BY THE COURT

s/ **Joseph F. Bataillon**
Senior United States District Judge